UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-23558-CIV-WILLIAMS

DOUGLAS LONGHINI,

    Plaintiff,

vs.

EQUITY ONE, INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court *sua sponte* on a review of the record. On February 22, 2016, the Court entered a scheduling order requiring the Parties to select a mediator, schedule a time, date, and place for mediation, and file a proposed order scheduling mediation by March 23, 2016. The Parties failed to do so. On April 7, 2016, the Court ordered that the Parties show cause for their failure to comply with the Court's Order by April 13, 2016. (DE 16). The Parties failed to do so. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants are **DISMISSED** for failure to prosecute and failure to comply with a Court Order. The Clerk is directed to **CLOSE** this case. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE